AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| UNALIWEAR, INC. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 7:25-CV-00570-ADA |
| APPLE INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNALIWEAR, INC.

Date:   12/19/2025

/s/ Susan Y. Tull
*Attorney's signature*

Susan Y. Tull, DC SBN 6992644
*Printed name and bar number*

Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles CA 90025
*Address*

stull@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*