# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| UNALIWEAR, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendants. | Case No. 7:25-cv-00570-ADA <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT'S NOTICE OF UNOPPOSED EXTENSION OF DEADLINE TO ANSWER OR OTHERWISE RESPOND

Defendant Apple Inc. ("Apple") hereby provides notice that the parties have agreed to extend Apple's deadline to answer, move or otherwise respond to UnaliWear, Inc.'s Complaint for Patent Infringement (ECF No. 1). The current deadline is January 13, 2026. The Parties have agreed that this deadline be extended by 45 days until February 27, 2026. This extension will not change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

Dated: January 8, 2026

Respectfully submitted,

*/s/ John Guaragna*
John Guaragna (Bar No. 24043308)
**DLA PIPER LLP (US)**
303 Colorado Street, Suite 3000
Austin, TX 78701-3799
Tel: (512) 457-7000
Fax: (512) 457-7001
john.guaragna@us.dlapiper.com

**ATTORNEY FOR DEFENDANT APPLE INC.**

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically on January 8, 2026 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

*/s/ John Guaragna*
John Guaragna
