| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Reza Mirzaie (SBN 246953)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>*Telephone No:* 310-826-7474<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>5078-002B | **For Court Use Only** |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS MIDLAND/ODESSA DIVISION

*Plaintiff:* UNALIWEAR, INC.
*Defendant:* APPLE, INC.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>7:25-cv-00570-ADA |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Order To Transfer; Plaintiff's Corporate Disclosure Statement; Appearance Of Counsel; Case Assigned/Reassigned

3. a. Party served:     APPLE, INC.
   b. Person served:    Shaina Fennimore, Authorized to Accept Service for CT Corp., Registered Agent, served under F.R.C.P. Rule 4.

4. Address where the party was served:    1999 Bryan Street, Suite 900, Dallas, TX 75201

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Dec 23 2025 (2) at: 02:25 PM

6. **Person Who Served Papers:**
   a. Kim Shaw                                          d. **The Fee** for Service was:  $409.35
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**



12/26/2025
(Date)                                                                                      (Signature)



PROOF OF SERVICE

14848698
(17592797)