UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| UNALIWEAR, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> APPLE INC., <br><br> *Defendant*. | Case No. 7:25-cv-00570-ADA <br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING UNOPPOSED MOTION TO STAY ACTION PURSUANT TO 28 U.S.C. § 1659 PENDING PARALLEL ITC ACTION**

This Court, having considered the Unopposed Motion to Stay Action Pursuant to 28 U.S.C. 1659 Pending Parallel ITC Action as to Defendant Apple Inc. (the "Motion") hereby orders Grants the Motion and Orders the following:

IT IS ORDERED that this case is STAYED as to Defendant Apple Inc. until the final determination of *Certain Wearable Devices with Fall Detection and Components Thereof*, Inv. No. 337-TA-1477, by the U.S. International Trade Commission, pursuant to 28 U.S.C. § 1659(a), including during any appeals thereof. *In re Princo Corp.,* 478 F.3d 1345, 1355 (Fed. Cir. 2007).

SIGNED this _____ day of _____, 2026.

_____
THE HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1627788633