**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

§
§
§
§
§
§

### <u>ORDER REGARDING MIDLAND/ODESSA DIVISION DOCKET</u>

Due to the potential for future conflicts, it is hereby **ORDERED** that the cases listed in the attached Appendix A are hereby **REMOVED** from the undersigned's docket and **TRANSFERRED** from the undersigned's docket to the docket of United States District Judge Leon Schydlower. This transfer is made with the consent of Judge Schydlower.

It is further **ORDERED** that any initial pretrial conferences set in the cases attached at Appendix A are **CANCELLED**.

It is further **ORDERED** that the Clerk of Court shall credit these cases to the percentage of business of the receiving Judge.

**IT IS SO ORDERED.**

**SIGNED** this 13th day of May, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

# APPENDIX A

| 7-24-cv-296 | Polaris Innovations Limited v. Qualcomm Incorporated et al |
| --- | --- |
| 7-25-cv-570 | UNALIWEAR, INC. v. Apple Inc. |
| 7-26-cv-15 | Clairpath, LLC v. Apple Inc. |
| 7-26-cv-148 | SpeedNIC LLC v. NVIDIA Corp. et al |